SANA A. SINGH (SBN 34614)
ssingh@aclunc.org
MICHELLE (MINJU) CHO (SBN 321939)
mcho@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Phone: (415) 621-2493
Facsimile: (415) 255-8437

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO-OAKLAND DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> *Defendant*. | CASE NO. 3:23-cv-03112 <br><br> **COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF FOR VIOLATION OF THE FREEDOM OF INFORMATION ACT, 5 U.S.C. § 552 ET SEQ.** |

## CERTIFICATION OF INTERESTED ENTITIES OR PARTIES

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Respectfully submitted,

Dated: June 23, 2023

Sana A. Singh (SBN 342614)
ssingh@aclunc.org
Michelle (Minju) Cho (SBN 321939)
mcho@aclunc.org
AMERICA CIVIL LIBERTIES UNION
FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Phone: (415) 621-2493
Facsimile: (415) 255-8437

*Attorneys for Plaintiff*