ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102-3495
   Telephone: (415) 436-7200
   Fax: (415) 436-6748
   molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, | No. 3:23-cv-03112-LB |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| v. | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, | |
| Defendant. | |

TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

PLEASE TAKE NOTICE THAT Assistant United States Attorney Gioconda R. Molinari hereby withdraws her appearance as counsel of record for the Defendant U.S. Immigration and Customs Enforcement ("Defendant") in the above-referenced action. Assistant United States Attorney Molly A. Friend hereby enters her appearance as counsel of record for Defendant.  The Clerk of the Court is requested to change the docket sheet and other Court records to reflect that all Orders and communications from the Court in the future should no longer be directed to Assistant United States Attorney Molinari.

1      The Clerk of the Court is further requested to change the docket sheet and other Court records to

2   reflect that AUSA Friend shall be noticed as Lead Attorney for Defendant. Please have future ECF notices

3   sent to Molly A. Friend at molly.friend@usdoj.gov.

4                                                                  Respectfully submitted,

5
                                                                   ISMAIL J. RAMSEY
6                                                                  United States Attorney

7   Dated: August 17, 2023                    By:     /s/ Molly A. Friend

8                                                                  MOLLY A. FRIEND
                                                                   Assistant United States Attorney
9
     To:    Via ECF
10          Michelle Young Cho
            ACLU Foundation of Northern California
11          39 Drumm Street
            San Francisco, CA 94111
12          Attorney for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT
CASE NO. 3:22-CV-03112-LB                    2